**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KIMBERLY PEACE                                                                                          PLAINTIFF

v.                                            No. 4:10CV00058 JLH

BANK OF AMERICA, N.A.                                                                      DEFENDANT

## ORDER

Bank of America, N.A., has filed a Rule 26 preliminary report and discovery plan in which its attorneys say that they have attempted to contact Kimberly Peace on several occasions but have been unable to do so. The Rule 26 report says that the telephone number provided by Ms. Peace to counsel and to the Court is no longer in service, that Ms. Peace has failed to respond to e-mail sent to her at the e-mail address previously provided, and that mail sent to her at the post office has been returned unclaimed.

The Court hereby ORDERS Kimberly Peace to provide an address and telephone number to the Clerk of the Court and to opposing counsel so that communications regarding this case reach her. The Court calls to her attention the following provision of Local Rule 5.5(c)(2):

> Parties appearing *pro se*. It is the duty of any party not represented by Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

If Ms. Peace does not respond to this Order within thirty (30) days, this case may be dismissed without prejudice.

IT IS SO ORDERED this 3rd day of December, 2010.

                                                J. LEON HOLMES
                                                UNITED STATES DISTRICT JUDGE