IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIMBERLY PEACE                                                                                          PLAINTIFF

v.                                                       No. 4:10CV00058 JLH

BANK OF AMERICA, N.A.                                                                             DEFENDANT

## ORDER

On December 3, 2010, the Court ordered Kimberly Peace to inform the Clerk of Court and opposing counsel of her current address and phone number within thirty (30) days). Kimberly Peace has not responded. Local Rule 5.5(c)(2) provides that if any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the Court may dismiss the case without prejudice. More than (thirty) 30 days have passed since the Court entered the Order on December 3, 2010, and Peace has not responded.

IT IS THEREFORE ORDERED that pursuant to Local Rule 5.5(c)(2), this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 4th day of January, 2011.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE